

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Trevor Ashley Wolfe,                          * From the 441st District Court
                                                of Midland County, Texas
                                                Trial Court No. CR42223.

Vs. No. 11-15-00004-CR                        * January 12, 2017

The State of Texas,                           * Memorandum Opinion by Bailey, J.
                                                (Panel consists of: Wright, C.J.,
                                                Willson, J., and Bailey, J.)

      This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.